# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * ***
GULF GROUP, INC., *
*
*
*Plaintiff,* * No. 07-898C
v. *
* Filed: June 12, 2008
THE UNITED STATES, *
*
*Defendant.* * Senior Judge Smith
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Time. The parties shall file their Joint Preliminary Status Report (JPSR) on or before July 18, 2008.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge