IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GULF GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-898C |
| | ) | (Sr. Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 31-day enlargement of time, to and including August 18, 2008, for the parties to submit a Joint Preliminary Status Report ("JPSR"). The JPSR currently is due on July 18, 2008. This is the third request for an enlargement of time for this purpose. Counsel for the parties have discussed this motion and its request for relief, and plaintiff's counsel has represented that plaintiff does not oppose this request.

The requested enlargement is necessary to promote ongoing discussions between the parties concerning the possibility of resolving this dispute without further litigation. In addition, the requested 31-day extension will avoid the unnecessary expenditure of resources by the parties and the Court.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for a 31-day enlargement of time, to and including August 18, 2008, for the parties to submit a Joint Preliminary Status Report.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/Douglas G. Edelschick
DOUGLAS G. EDELSCHICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, DC 20530
Tel: (202) 353-9303

July 14, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Douglas G. Edelschick