# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * *** | | |
| GULF GROUP, INC., | * | |
| | * | |
| | * | |
| *Plaintiff,* | * | No. 07-898C |
| v. | * | |
| | * | Filed: July 14, 2008 |
| THE UNITED STATES, | * | |
| | * | |
| *Defendant.* | * | Senior Judge Smith |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Time. The Joint Preliminary Status Report (JPSR) shall be filed on or before August 18, 2008.

**It is so ORDERED**.

s/ Loren A. Smith
LOREN A. SMITH
Senior Judge